THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RYAN JOHN WEHNER,<br><br>                Defendant. | CR-22-85-GF-BMM<br><br>**ORDER** |

Defendant Ryan John Wehner has moved for early termination of his term of probation. (Doc. 6.) The Government deferred to the discretion of the Court as to whether to terminate Wehner's probation. The Court conducted a hearing on the motion on June 3, 2024. (Doc. 9.) The Court advised Wehner that the Court would terminate Wehner's term of probation on September 7, 2024, if Wehner remained violation free. (Doc. 10.) The Court will now grant Wehner's motion.

Wehner pleaded guilty in the District of Idaho to Possession of a Firearm by a Prohibited Person. (Doc. 7 at 2.) The District of Idaho sentenced Wehner to a term of five years' probation. (*Id.*; Doc. 2-3 at 5.) Wehner began his term of probation on September 8, 2021. (Doc. 7 at 2.) The District of Idaho transferred jurisdiction to the District of Montana on October 20, 2022. (Doc. 1.) Wehner's current term of probation expires on approximately September 7, 2026. (Doc. 7 at 2.)

1

Federal law authorizes a defendant to move for termination of their probation after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of probation. *Id.*

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Wehner's probation. Adequate punishment has been imposed that reflects the serious of Wehner's offense. Wehner has completed three years, or 60%, of his term of probation. Adequate deterrence also appears to have been achieved, and probation does not appear necessary to protect the public from further criminal behavior. A review of the docket shows that neither the District of Idaho nor this Court have received any reports of non-compliance throughout Wehner's probation. Wehner's probation officer has reported that Wehner had one violation for failure to report to drug testing in April of 2022 but otherwise has been compliant with the terms of his probation. (Doc. 7 at 2.) Wehner's probation officer also reports that Wehner has done well under supervision. (*Id.*) The Court also notes that Wehner moved from Idaho to Montana and took the appropriate steps to transfer his probation.

Wehner's need for programming appears to have been satisfied. Wehner has maintained employment while on probation. (*Id.* at 3.) Wehner has advanced in his

employment to obtain a new supervisory position. Wehner has obtained his CDL and an OSHA certificate. (Doc. 9-1 at 3.) Wehner also has maintained sobriety for over three years and attends AA meetings regularly. (*Id.* at 3, 6–7.) Letters submitted to the Court on Wehner's behalf describe Wehner as exhibiting "significant personal growth," as an involved father, and as "dedicate[ed] to a responsible and upright lifestyle." (*Id.* at 2, 6–7.) The early termination of Wehner's probation comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

Accordingly, **IT IS HEREBY ORDERED** that Wehner's Motion for Early Termination of Probation (Doc. 6) is **GRANTED**.

DATED this 9th day of September, 2024.

_____
Brian Morris, Chief District Judge
United States District Court